IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOHN ROBERT DEMOS, JR.                                                 PLAINTIFF

V.                                     CASE NO. 09-CV-4101

THE VIRGINIA COMPANY, et al.                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed November 30, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 8). Judge Bryant recommends that this case be dismissed for failure to state a claim on which relief may be granted. *See* Fed. R. Civ. P. 12(b)(6). Judge Bryant further recommends that this action be dismissed as frivolous. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's claims are **DISMISSED**.

**IT IS SO ORDERED**, this 22d day of December, 2009.

                                                       /s/ Harry F. Barnes
                                                       Hon. Harry F. Barnes
                                                       United States District Judge